UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHETUCKET PLUMBING SUPPLY INC.,
SHETUCKET PLUMBING SUPPLY CO.
OF WESTERLY, INC. and PJ&A LLC,

Plaintiffs

CIV.No.3:05CV424(RNC)

S.C.S. AGENCY, INC. and
ANTHONY CHARLES,

Defendants,

---

S.C.S. AGENCY, INC.
Third-Party Plaintiff

V.

UTICA MUTUAL INS. CO.
Third Party Defendant

AUGUST 23, 2006

## MOTION UPON CONSENT TO EXTEND TIME TO DISCLOSE AND DEPOSE ALL PARTIES' EXPERTS

The plaintiffs move under Local Rule 7 (b) to extend by thirty (30) days the times for all parties to disclose and depose experts. If this motion is granted, the deadlines would be as follows:

Plaintiffs and third-party plaintiff's
expert reports disclosed by: October 6, 2006

| | |
|---|---|
| Plaintiffs' and third-party plaintiff's experts deposed by: | November 17, 2006 |
| Defendants' reply and third-party defendant's experts disclosed by: | December 8, 2006 |
| Close of fact discovery [unchanged]: | December 19, 2006 |
| Defendants' and third-party defendant's experts deposed by [close of expert discovery]: | January 19, 2007 |

In all other respects, this Court's Scheduling Order, as amended on June 27, 2006, will remain unchanged, with this case ready for trial by April 2007.

In support of this motion, the plaintiffs represent as follows:

1. There is good cause to extend the deadlines set forth in the Court's scheduling order. The third-party plaintiff, S.C.S. Agency Inc., and third-party defendant, Utica, have not yet agreed on the fact witnesses to be deposed, but are working expeditiously to resolve their disputes. The identity of those witnesses may affect the nature of the opinions the parties will elicit through expert testimony.

2. Plaintiffs' counsel has conferred with counsel for the defendants and third-party plaintiff, and with counsel for the third-party defendant, who agree to the granting of this motion.

3. Although the parties have requested other extensions of the Court's scheduling order, this is the first extension requested by any party directed to the disclosure of experts. The Court's June 27, 2006 deadlines for close of fact discovery, summary judgment, the joint trial memorandum, and trial readiness will not be affected by the granting of this motion.

4. Because of vacation schedules and plaintiffs' counsel's unexpected trip Oregon to visit her father, plaintiffs have been delayed in conferring with experts and finalizing the expert reports required under Rule 26 (a)(2), Fed. R. Civ. Pro.

WHEREFORE, the plaintiffs respectfully request that this Court extend the times for the parties to disclose and depose experts by thirty days as set forth above.

THE PLAINTIFFS

By: *[signature]*
NANCY L. WALKER (ct14658)
Clendenen & Shea, LLC
400 Orange Street
New Haven, Connecticut 06511
203/787-1183 - telephone
203/787-2847 – fax
office@clenlaw.com
nlw@clenlaw.com

**CERTIFICATION:**

This is to certify that a copy of the foregoing was mailed postage prepaid, to Joseph G. Fortner, Jr. and Brian D. Rich, Halloran & Sage LLP, One Goodwin Square, 225 Asylum Street, Hartford, Ct. 06103; Darren E. Sinofsky, Esq., Morrison Mahoney LLP, One Constitution Plaza, Hartford, Connecticut 06103; and to Lon A. Berk, Esq. and Rhett E. Petcher, Esq., Hunton & Williams LLP, 1751 Pinnacle Dr., Suite 1700, McLean, VA 22102 on the 23rd day of August, 2006.

*[signature]*
CLENDENEN & SHEA, LLC