UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHETUCKET PLUMBING SUPPLY INC., SHETUCKET PLUMBING SUPPLY CO. of WESTERLY, INC., and PJ&A LLC. <br><br> Plaintiffs, <br><br> v. <br><br> S.C.S AGENCY, INC. and ANTHONY CHARLES <br><br> Defendants and Third Party Plaintiff | Case No.: 3:05CV424(RNC) <br><br><br><br><br><br><br><br><br><br> January 5, 2007 |
| S.C.S. AGENCY, INC. <br><br> Third Party Plaintiff <br><br> v. <br><br> UTICA MUTUAL INSURANCE COMPANY <br><br> Third Party Defendant | |

**MOTION, UPON CONSENT, FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES**

Defendants/Third Party Plaintiff, S.C.S. Agency, Inc. and Anthony Charles (collectively "SCS"), hereby move, with the consent of all parties, for an order extending the deadline for the disclosure of the Plaintiff and Third Party Plaintiff's experts, currently scheduled for January 5, 2007, to January 10, 2007. Further, to ensure fairness to all parties, SCS further requests that the

deadline for the disclosure of the Defendants' reply and third-party defendant's experts, currently scheduled for March 15, 2007, be likewise extended to March 20, 2007.

Such request is made based on the consent of all counsel. Further, this extension will not impact any of the remaining deadlines under the existing scheduling order in this matter, as it extends these deadlines for a period of only three days.

All Parties consent to this Motion for Extension.

WHEREFORE, the Parties request that the deadline for the Plaintiffs and Third Party Plaintiff's Expert Disclosures be extended to January 10, 2007 and the deadline for the Defendants' Reply and Third Party Defendants' Expert Disclosures be extended to March 20, 2007.

Respectfully Submitted,

THE DEFENDANTS/THIRD PARTY PLAINTIFF

Joseph G. Fortner, Jr.
Fed Bar No. CT 04602
Brian D. Rich
Fed Bar No. CT 24458
Halloran & Sage LLP
One Goodwin Sq.
225 Asylum St.
Hartford, CT 06103
(860) 522-6103
(860) 522-6103 (fax)
rich@halloran-sage.com

## CERTIFICATION

This is to certify that on this 5th day of January, 2007, a copy of the foregoing was mailed, postage prepaid, via first-class mail to:

William Clendenen, Esq.
Nancy Lynn Walker, Esq.
Clendenen & Shea LLC
P.O. Box 301
New Haven, CT 06511

Lon A. Berk, Esq.
Rhett E. Petcher, Esq.
Hunton & Williams LLP
1751 Pinnacle Dr.
Suite 1700
McLean, VA 22102

Darren E. Sinofsky, Esq.
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103

With a courtesy copy to:

The Honorable Robert N. Chatigny
United States District Court
450 Main Street
Hartford, CT 06103

_____
Brian D. Rich