UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHETUCKET PLUMBING SUPPLY INC., )<br>SHETUCKET PLUMBING SUPPLY CO. of )<br>WESTERLY, INC., )<br>and )<br>PJ&A LLC. )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>S.C.S. AGENCY, INC. and )<br>ANTHONY CHARLES )<br> )<br>    Defendants )<br>_____ )<br>S.C.S. AGENCY, INC. )<br> )<br>    Third Party Plaintiff )<br> )<br>v. )<br> )<br>UTICA MUTUAL INSURANCE )<br>COMPANY )<br> )<br>    Third Party Defendant ) | Case No.:  3:05CV424(RNC)<br><br><br><br>MAY 2, 2007 |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

The plaintiffs, Shetucket Plumbing Supply Inc., Shetucket Plumbing Supply Co. of Westerly, Inc. (collectively, "Shetucket"), and PJ&A, LLC ("PJ & A"), move for partial summary judgment against the defendant S.C.S. Agency Inc. ("SCS") as to its liability

**ORAL ARGUMENT REQUESTED**

on Counts One and Five of the complaint.

For the reasons set forth in the plaintiffs' memorandum of law in support of their motion for summary judgment, there are no genuine issues of material fact as to SCS's liability for breach of contract and for negligence in failing to procure for the plaintiffs the property insurance coverage promised and requested.  The plaintiffs accordingly request that this Court enter judgment of liability against SCS on Counts One and Five of the Complaint, and order a hearing on damages.

In support of this motion, the plaintiffs rely on the accompanying memorandum of law, the Plaintiffs' Local Rule 56 (a) (1) Statement, and the affidavits of Joseph Fatone and William H. Clendenen, Jr. with attached evidence.  In addition, the plaintiffs rely on the Affidavit of Darren E. Sinofsky, dated November 27, 2007, already on file with the Court.

THE PLAINTIFFS

By: _____
WILLIAM H. CLENDENEN, JR. (ct04261)
Clendenen & Shea, LLC
400 Orange Street
New Haven, Connecticut   06502
Tele: 203/787-1183
Fax: 203/787-2847
office@clenlaw.com
whcj@clenlaw.com

CERTIFICATION:

      This is to certify that a copy of the foregoing was mailed postage prepaid, to Joseph G. Fortner, Jr., Esq. and Brian D. Rich, Esq. Halloran & Sage LLP, One Goodwin Square, 225 Asylum Street, Hartford, Ct. 06103, Darren E. Sinofsky, Esq., Morrison Mahoney LLP, One Constitution Plaza, Hartford, Connecticut 06103, Lon A. Berk, Esq., Rhett E. Petcher, Esq., Hunton & Williams LLP, 1751 Pinnacle Dr. Suite 1700, McLean, VA 22102 on the 2d   day of May, 2007.

_____
CLENDENEN & SHEA, LLC

3